# Third District Court of Appeal

## State of Florida

Opinion filed May 12, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-113
Lower Tribunal Nos. 19-9873 CC, 20-100 AP
_____

**Pride Clean Restoration, Inc., a/a/o Virginia Benitez**,
Appellant,

vs.

**Citizens Property Insurance Corporation**,
Appellee.

An Appeal from the County Court for Miami-Dade County, Luis Perez-Medina, Judge.

Font & Nelson, PLLC, and Jose P. Font and Bryan T. Fischer (Fort Lauderdale), for appellant.

Lydecker | Diaz, and Michelle Diverio and Alejandro Sanchez Parraga, for appellee.

Before EMAS, C.J., and SCALES and MILLER, JJ.

PER CURIAM.

Affirmed. See Washington Nat'l Ins. Corp. v. Ruderman, 117 So. 3d 943, 948 (Fla. 2013) (holding: "Where the language in an insurance contract is plain and unambiguous, a court must interpret the policy in accordance with the plain meaning so as to give effect to the policy as written. See State Farm Mut. Auto. Ins. Co. v. Menendez, 70 So. 3d 566, 569–70 (Fla. 2011). In construing insurance contracts, 'courts should read each policy as a whole, endeavoring to give every provision its full meaning and operative effect.' U.S. Fire Ins. Co. v. J.S.U.B., Inc., 979 So. 2d 871, 877 (Fla. 2007).") (quotations and citations omitted).